# Auguft 27th, A.D. 1765.

---

1765.

DESTRUC-
TION OF THE
HOUSE OF
THE CHIEF
JUSTICE.

THERE cannot, perhaps, be found in the Records of Time, a more flagrant Inftance, to what a Pitch of Infatuation an incenfed Populace may arife, than the laft Night afforded. The Deftructions, Demolitions and Ruins caufed by the Rage of the Colonies, in general perhaps too juftly inflamed, at that fingular and ever memorable Statute called the *Stamp Act*, will make the prefent Year one of the moft remarkable Æras in the Annals of North America. And that particular Inflammation which fired the Breafts of the People of New England in particular, will always diftinguifh them as the warmeft Lovers of Liberty; though undoubtedly, in the Fury of Revenge againft thofe who they thought had difclaimed the Name of Sons for that of Inflavers, and oppreffive Taxmafters of their *native* Country, they committed Acts totally unjuftifiable.

The Populace of Bofton, about a Week fince, had given a very notable Inftance of their Deteftation of the above unconftitutional Act; and had

sufficiently

1765.

DESTRUC-
TION OF THE
HOUSE OF
THE CHIEF
JUSTICE.

ſufficiently ſhown in what Light they viewed the Man who would undertake to be the STAMP DIS-TRIBUTOR.\* But, not content with this, the laſt Night they again aſſembled in King's Street, where, after having kindled a Fire, they proceeded, in two ſeparate Bodies, to attack the Houſes of two Gen-tlemen of Diſtinction,† who, it had been ſuggeſted, were Acceſſaries to the preſent Burthens, and did great Damage, in deſtroying their Houſes, Furni-ture, &c. ; and irreparable Damage in deſtroying their Papers.‡ Both Parties, who before had acted ſeparately, then unitedly proceeded to the Chief Juſtice's§ Houſe, who, not expecting them, was unattended by his Friends, who might have aſſiſted, or proved his Innocence. In this Situation, all his Family, it is ſaid, abandoned the Houſe, but him-ſelf and his eldeſt Daughter, whom he repeatedly begged to depart ; but, as he found all ineffectual, and her Reſolution fixed to ſtay and ſhare his Fate, with a Tumult of Paſſions only to be imagined, he took her in his Arms and carried her to a Place of Safety, juſt before the incenſed Mob arrived. This filial Affection ſaved, 'tis more than proba-ble, his Life. — Thus unexpected, and Nothing removed from the Houſe, an ample Field offered to ſatiate, if poſſible, this Rage-intoxicated Rab-ble.

---

\* Andrew Oliver, Eſqr., Secretary of the Province, whoſe Loſs was eſtimated by the Committee of the Council at £129, 3, 0 Sterling.

† Benja : Hallowell, Eſqr., Comptroller, and Wm. Story, Eſqr., Deputy Regiſtrar of the Admiralty.

‡ The Loſs of Mr. Hallowell was eſtimated by the aforeſaid Com-mittee at £412, 19, 1 Sterling, and Mr. Story's at £102, 1, 6 Sterling.

§ Thomas Hutchinſon, Eſqr., Lieutenant Governour of the Prov-ince.

1765.

DESTRUC-
TION OF THE
HOUSE OF
THE CHIEF
JUSTICE.

ble.   They beſet the Houſe on all Sides, and ſoon deſtroyed every Thing of Value.*

*Furor Arma miniſtrat.*
                                        VIRG.

The Deſtruction was really amazing; for it was equal to the Fury of the Onſet; but what above all is to be lamented, is the Loſs of ſome of the most valuable Records of the Country, and other antient Papers; for, as his Honour was continuing his Hiſtory, the oldeſt and moſt important Writings and Records of the Province, which he had ſelected with great Care, Pains and Expenſe, were in his Poſſeſſion.   This is a Loſs greatly to be deplored, as it is abſolutely irretrievable.

The Diſtreſs a Man muſt feel on ſuch an Occaſion can only be conceived by thoſe, who, the next Day,‡ ſaw his Honour the Chief Juſtice come into Court, with a Look big with the greateſt Anxiety, cloathed in a Manner which would have excited Compaſſion from the hardeſt Heart, though his Dreſs had not been ſtrikingly contraſted by the other Judges and Bar, who appeared in their Robes. — Such a Man, in ſuch a Station, thus habited, with Tears ſtarting from his Eyes, and a Countenance which ſtrongly told the inward Anguiſh of his Soul, — what muſt an Audience have felt, whoſe
                                        Compaſſion

* The Loſs ſuſtained by the Chief Juſtice ſuppoſed to be upwards £3000 Sterling.†

† Afterwards eſtimated by the Council Committee at £2376, 13, 4 Sterling.

‡ Firſt Day of the Superiour Court's Sitting.

Compaſſion had before been moved by what they
knew he had ſuffered, when they heard him pro-
nounce the following Words, in a Manner which
the Agitations of his Mind dictated!—

1765.

DESTRUC-
TION OF THE
HOUSE OF
THE CHIEF
JUSTICE.

# Auguſt Term

## V. Geo. 3 in Sup. Cur.

————◆————

Preſent:

The Honourable

Thomas Hutchinſon, Eſqr., Chief Juſtice.

John Cuſhing, }
Peter Oliver, } Eſqrs., Juſtices.